# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>JOHN KEAST, *et al.*,<br><br>　　　　　　　　　Defendants. | 3:23-cv-00371-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 40 |

Before the court is Plaintiff's Motion for Copy of Documents. (ECF No. 40.) Plaintiff states that he has not received several documents listed on the court's docket due to his change of addresses.

Plaintiff's Motion (ECF No. 40) is **GRANTED** to extent that the Clerk of the Court is directed to send Plaintiff a courtesy copy of ECF Nos. 29, 30, 32, 33, and 34.

**IT IS SO ORDERED.**

DATED: January 13, 2025.

_____
Craig S. Denney
United States Magistrate Judge