**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL MILLER,

    Plaintiff

v.

JOHN KEAST, et al.,

    Defendants

Case No.: 3:23-cv-00371-MMD-CSD

**Order**

On or before **July 3, 2025**, Defendants shall file a status update advising the court regarding the outcome of Plaintiff's January 2025 appointment with the plastic surgeon at UNLV and treatment for removal of the tissue expander, surgical removal of the eyelid granuloma, any further skin grafts and contracture repair, and pain management for Plaintiff's burns. Any corresponding relevant medical records shall be filed under seal. The court will then determine whether an additional hearing on Plaintiff's pending motion for temporary restraining order and preliminary injunction is required or will issue a report and recommendation.

**IT IS SO ORDERED**.

Dated: June 24, 2025

_____
Craig S. Denney
United States Magistrate Judge