UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL MILLER,

    Plaintiff

v.

JOHN KEAST, et al.,

    Defendants

Case No.: 3:23-cv-00371-MMD-CSD

**Order**

The court issued an order requiring Defendants to file a status update advising the court regarding the outcome of Plaintiff's January 2025 appointment with the plastic surgeon at UNLV and treatment for removal of the tissue expander, surgical removal of the eyelid granuloma, any further skin grafts and contracture repair, and pain management for Plaintiff's burns. (ECF No. 57.)

On June 27, 2025, Defendants provided a status update that Plaintiff had surgery to remove the granuloma on his eyelid on March 13, 2025, and his medical records indicate that Plaintiff prefers to follow up with the surgeon in seven months when he will be released from prison to discuss removal of the tissue expander or revising the eyelid. (ECF No. 58.)

In light of this representation, it is unclear whether Plaintiff wishes to continue to pursue his motion for injunctive relief, or alternatively, if he wishes to withdraw that motion and seek any remaining treatment after his release from prison.

On or before **July 7, 2025**, Plaintiff shall file a notice advising the court whether he wishes to pursue his motion for injunctive relief or whether he wishes to withdraw that motion. If

he wishes to pursue the motion for injunctive relief, Plaintiff shall specifically identify what injunctive relief he is still seeking.

**IT IS SO ORDERED**.

Dated: June 30, 2025

_____
Craig S. Denney
United States Magistrate Judge