## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL MILLER,

    Plaintiff

v.

JOHN KEAST, *et al.*,

    Defendants

Case No.: 3:23-cv-00371-MMD-CSD

**Order**

Good cause appearing, Defendants' motion for extension of time to file dispositive motion (ECF No. 66) is GRANTED. Defendants will have until September 24, 2025, to file any dispositive motions in this case.

**IT IS SO ORDERED**.

Dated: August 29, 2025

                                                                 _____
                                                                 Craig S. Denney
                                                                 United States Magistrate Judge