UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL MILLER, | Case No.: 3:23-cv-00371-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| JOHN KEAST, *et al.*, | |
| Defendants. | |

After summary judgment proceedings, the Court found Plaintiff established material issues of fact precluding summary judgment on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Dr. Halki. (ECF No. 81 at 5; ECF No. 80 at 12.) After hearing from Plaintiff on his motion for appointment of counsel[1], the Court granted his motion. (ECF No. 88.) Accordingly, the Court refers this case to the Pro Bono Program for identifying counsel willing to be appointed as pro bono counsel for Plaintiff. The scope of appointment is to represent Plaintiff to prosecute the claim that survived summary judgment. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.

DATED THIS 14th Day of May 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1]The Court inquired of Plaintiff regarding his representation that he cannot use his right hand and that "his left hand [is] fussed at the wrist making it very tasking to even write a sentence" and asked how he has nevertheless been able to prepare the filings in this case. (*See* Plaintiff's motion for appointment of counsel, ECF No. 84 at 3.)