Jared R. Richards, Esq.
Nevada Bar No. 11254
Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
jared@clearcounsel.com
stephen@clearcounsel.com
dustin@clearcounsel.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MICHAEL MILLER, | Case No.: 3:23-cv-00371-MMD-CSD |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE JOINT PRETRIAL ORDER** |
| vs. | |
| JOHN KEAST, et.al., | |
| Defendant. | |

On May 14, 2026, the Court referred this case to the Pro Bono Program for appointment of pro bono counsel and set the deadline for the Joint Pre-Trial Order for thirty (30) days after appointment of pro bono counsel. On June 9, 2026, the United States District Court, District of Nevada appointed counsel for Plaintiff, Stephen P. Stubbs as pro bono counsel in the above-referenced case. Mr. Stubbs has had difficulties aligning his schedule with the Nevada Detention Center's visiting windows and reached out to opposing counsel on June 30, 2026 to inform opposing counsel of the difficulty. Recently, Mr. Stubbs was able to schedule the soonest visitation date with Plaintiff that the Warden also permits- July 24, 2026 at 10:30am.

Therefore, the parties have stipulated to continue the deadline to file the Joint Pretrial Order from July 10, 2026 to July 29, 2026.

Stipulated by the parties on this July 13, 2026.

CLEAR COUNSEL LAW GROUP

*/s/ Stephen Stubbs*
For Plaintiff

STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL

*/s/ Douglas R. Rands*
For Defendants

## **ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Signed this 14th day of July, 2026

Honorable District Court Judge

2 of 2