UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL MILLER,

Plaintiff,

v.

JOHN KEAST, et al.,

Defendants.

Case No. 3:23-cv-00371-MMD-CSD

ORDER

The Court scheduled an in-person Jury Trial to begin on **TUESDAY, OCTOBER 20, 2026,** at 9:30 A.M. in Reno Courtroom 5 before Chief Judge Miranda M. Du.

IT IS ORDERED that the Nevada Department of Corrections (NDOC) shall transport inmate Michael Miller, NDOC #1249108, to the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada, to personally attend the Jury trial on October 20, 2026, at 9:30 A.M. in Reno Courtroom 5 and continuing daily until it is completed. NDOC is ordered to transport Plaintiff to the courtroom no later than **8:30 A.M. each day**.

IT IS FURTHER ORDERED that the Clerk of Court shall provide a courtesy copy of this order to the U.S. Marshal's Office in Reno.

IT IS SO ORDERED.

DATED this 28th day of September, 2026.

Miranda M. Du,
United States District Judge