AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for John Halki, M.D.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL MILLER,

Plaintiff,

v.

JOHN KEAST, et al.,

Defendants

Case No. 3:23-cv-00371-MMD-CSD

**ORDER GRANTING STIPPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Micheal Miller, by and through counsel, Stephen Stubbs, Esq., and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 29th day of October 2026.

CLEAR COUNSEL LAW GROUP

By: /s/ *Stephen P. Stubbs*
STEPHEN STUBBS Bar No. 10449

*Attorneys for Plaintiff*

DATED this 29th day of October 2026.

AARON D. FORD
Attorney General

By: /s/ *Douglas R. Rands*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

**DATED:** October 30, 2026

**IT IS SO ORDERED.**

**DISTRICT COURT JUDGE**